| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Net Monthly Cash from Exhibit B (Budget) Operating Income** | | | | | | | $2,750.00 |
| **Unclassified Administrative Claims** | total due | retainer | net due | | | | |
| Debtors' counsel | $ 7,500.00 | | $ 7,500.00 | | | | |
| Debtors' accountant | $ - | | $ - | | | | |
| **Class 1-Priority Claims** | total claim | priority claim | deficiency claim | interest rate | # of payments | monthly payment | |
| Indiana Departmetn of Revenue | $ 17,926.58 | $ 17,926.58 | | 4.00% | 60 | $ 330.15 | -$330.15 |
| **Class 2-Secured Claims** | total claim | secured claim | deficiency claim | interest rate | # of payments | monthly payment | |
| German American Bank | $ 150,000.00 | $ 150,000.00 | $ - | 5.00% | | $ 989.00 | -$989.00 |
| Balboa Capital | $ 29,559.00 | $ 8,000.00 | $ 21,559.00 | 6.00% | | $ 154.66 | -$154.66 |
| US Bank | $ 15,455.00 | $ 4,000.00 | $ 11,455.00 | 6.00% | | $ 77.33 | -$77.33 |
| Lawrence County Treasurer | 2,942.78 | $ 2,942.78 | $ - | 4.00% | | $ 54.20 | -$54.20 |
| **Net Available to Unsecureds (50% net cash flow)** | | | | | | | $572.33 |
| **Class 3-Unsecured Creditors** | | | | total claim | percent of class total | total monthly payment under plan | |
| Schedule F | | | | $ 186,305.00 | 84.95% | $ 486.18 | |
| Balboa deficiency | | | | $ 21,559.00 | 9.83% | $ 56.26 | |
| US Bank deficiency | | | | $ 11,455.00 | 5.22% | $ 29.89 | |
| total | | | | $ 219,319.00 | 100.00% | $ 572.33 | |

Exhibit "D" to
Disclosure Statement

Summary of Plan Payments